# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| STEPHON SUMPTER-BEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:11-0130 |
| | ) | Judge Trauger |
| SONNY WEATHERFORD, *et al.*, | ) | Magistrate Judge Brown |
| Defendants. | ) | |

## O R D E R

On August 9, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 32), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Defendants' Motion to Dismiss (Docket No. 28) is **GRANTED**, and all claims in this case are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 30th day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge